UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott Johnson,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Joe P. Burns, in his individual and representative capacity as Trustee-- The Burns 2004 Revocable Trust; Betty L. Burns, in her individual and representative capacity as Trustee-- The Burns 2004 Revocable Trust; Vintage Pool Service and More, Inc., a California Corporation; and Does 1-10,<br><br>　　　　Defendants | Case: 2:14-CV-00956-JAM-KJN<br><br>**STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a) (1); & ORDER THEREON** |

## **ORDER**

　　Having read the foregoing Stipulation and good cause appearing therefore, this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.


Dated: 10/1/2014　　　　/s/ John A. Mendez_____
　　　　　　　　　　　　HONORABLE JOHN A. MENDEZ
　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE